**346**

house because he lived in it and used it to manufacture, sell and use drugs. *See United States v. Onick,* 889 F.2d 1425, 1431 (5th Cir.1989).

The judgment of the district court is AFFIRMED.

James L. STROUP, Plaintiff–Appellant

v.

Michael J. ASTRUE, Commissioner of Social Security, Defendant–Appellee.

No. 08–30342
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 5, 2009.

Susan Elaine Ogden, Wolfe, Begoun & Pick, New Orleans, LA, for Plaintiff–Appellant.

John A. Broadwell, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Shreveport, LA, for Defendant–Appellee.

Before DAVIS, GARZA, and PRADO, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

Lonnie James JOHNSON Jr., Plaintiff–Appellant

v.

HARTFORD LIFE & ACCIDENT INSURANCE CO., Defendant–Appellee.

No. 08–30303
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 5, 2009.

Jack M. Bailey, Jr., Law Offices of Jack M. Bailey Jr., Shreveport, LA, for Plaintiff–Appellant.

Joel Paul Babineaux, Longman Russo APLC, Lafayette, LA, for Defendant–Appellee.

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Lonnie James Johnson, Jr. ("Johnson") was a participant in a group long-term

the limited circumstances set forth in 5TH CIR. R. 47.5.4.
* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be